UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECHO WESTLEY DIXON,

Plaintiffs,

-against-

COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; SENIOR PAROLE OFFICER RUSSEL MARQUIS; SENIOR PAROLE OFFICER THERESA GREEN-ONEAL; PAROLE OFFICER LATONIA TAYLOR; PAROLE OFFICER FELIX,

Defendants.

25-cv-2102 (LLS)

CIVIL JUDGMENT

For the reasons stated in the July 1, 2026, order, the Court dismisses Plaintiff's claims for damages and denies Plaintiff's requests for immediate injunctive relief sought in his First OTSC, in his Second OTSC, and in his letter-motion for summary judgment.

Because Plaintiff, at this time, makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

SO ORDERED.

Dated: October 7, 2026
New York, New York

/s/ Louis L Stanton
Louis L Stanton
United States District Judge